# Court of Appeals
# of the State of Georgia

ATLANTA,  August 22, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1835.  JAMES EARL ROBERTS, JR. v. THE STATE.**

James Earl Roberts, Jr., pleaded guilty to numerous counts of child molestation and aggravated child molestation in 2008.  He has since filed multiple pro se motions and several appeals.  On March 1, 2018, the trial court entered an order resolving all pending motions.  Roberts then filed both an application for discretionary appeal and this direct appeal.

This Court denied Robert's application for discretionary appeal.  See Case No. A18D0402 (decided April 24, 2018). As a result, the doctrine of res judicata bars Roberts from seeking further appellate review of the trial court's March 1 order. See *Elrod v. Sunflower Meadows Dev., LLC*, 322 Ga. App. 666, 670 (4) (745 SE2d 846) (2013) ("[W]hen this Court examines a request for a discretionary appeal, it acts in an error-correcting mode such that a denial of the application is on the merits, and the order denying the application is res judicata with respect to the substance of the requested review."); *Hook v. Bergen*, 286 Ga. App. 258, 261 (1) (649 SE2d 313) (2007).  In light of the foregoing, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/22/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*